IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:20-CR-00023-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **PETITION FOR WRIT OF HABEAS** |
| v. ) | **CORPUS AD PROSEQUENDUM** |
| ) | |
| BENNY RAY GARRETT, JR. ) | |
| _____ ) | |

NOW COMES the United States of America, by and through Dena J. King United States Attorney for the Western District of North Carolina and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Benny Ray Garrett, Jr., White Male, DOB: 11/21/1977, Offender #: 0519132, who is presently detained in the Tabor Correctional Institution, for his appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of the Tabor Correctional Institution under safe and secure conduct.

RESPECTFULLY SUBMITTED, on this 7th day of November, 2024.

DENA J. KING
UNITED STATES ATTORNEY

*/s/ Daniel Cervantes*
Daniel Cervantes
Florida Bar No. 40836
Assistant United States Attorney
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
E-mail: Daniel.Cervantes@usdoj.gov