**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO.  5:20-CR-023-KDB-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| **v.** | ) | |
| | ) | |
| **BENNY RAY GARRETT JR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:    The Director, Bureau of Prisons, Washington, D.C.
TO:    U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO:    Chief Jailer, Tabor CI, 4600 Swamp Fox Highway West, Tabor City, NC 28463

**IT IS ORDERED** that you have the body of Benny Ray Garrett, Jr., White Male, DOB: 11/21/1977, Offender #: 0519132, detained in the Tabor Correctional Institution, under safe and secure conduct, brought before the Honorable ___Susan C. Rodriguez___, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before ___12/2/2024___ at ___10:00___am, to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Tabor Correctional Institution, under safe and secure conduct, after the disposition of the above-captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Tabor Correctional Institution, and the United States Attorney.

**SO ORDERED**.

Signed: November 7, 2024

David C. Keesler
United States Magistrate Judge